# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

|  |  |
|---|---|
| HENRY TORRES-SANDOVAL, <br><br> Petitioner, <br><br> v. <br><br> J. JOHNSON et al., <br><br> Respondents. | Case No. 5:26-cv-02107-AH-DFM <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a de novo review of the objections that were filed.

IT IS HEREBY ORDERED:

1.     The Magistrate Judge's Report and Recommendation (Dkt. 22) is ACCEPTED and ADOPTED in its entirety.

2.     The Petition for a Writ of Habeas Corpus is DENIED and this action is DISMISSED without prejudice.

Date: JULY 28, 2026

_____
ANNE HWANG
United States District Judge